UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No 08CR0299-W |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| PEDRO AVALOS (2), | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Siri Shetty, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF MOTIONS AND MOTIONS**. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

Stephen Desalvo          Stephen.Desalvo@usdoj.gov, efile.dkt.gc1@usdoj.gov

I declare that the foregoing is true and correct.

Executed : April 1, 2008                                                    *s/Siri Shetty*

                                                                                    Attorney for Defendant
                                                                                    Email: attyshetty@yahoo.com